In the Matter of George Boochever, Appellant, against S. Howard Cohen et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

(Argued October 25, 1933; decided October 27, 1933.)

*Edward H. Wilson* and *Oscar A. Lewis* for appellant. *William I. Siegel* and *E. Ivan Rubenstein* for Walter Hart et al., respondents.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.